UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5|20|09
```

BEAR STEARNS INVESTMENT
PRODUCTS, INC.,

        Plaintiff,

    - against -

ALPS AUTOMOTIVE, INC. and ALPS
ELECTIRC (NORTH AMERICA), INC.,

      Defendants.

**ORDER**

08 Civ. 9897 (PKL)
09 Civ. 4085 (PKL)

ALPS AUTOMOTIVE, INC.,

        Plaintiff,

    - against -

BEAR STEARNS INVESTMENT
PRODUCTS, INC.,

      Defendant.

**LEISURE, District Judge:**

    The above-referenced actions, 08 Civ. 9897 and 09 Civ.
4085, are hereby CONSOLIDATED under docket number 08 Civ.
9897.  As such, all future filings must be filed under the
earlier docket number, 08 Civ. 9897.  Moreover, in light of
the transfer of the action Alps Automotive, Inc., v. Bear
Stearns Investment Products, Inc. from the Eastern District
of Michigan to this Court, the motion to stay the
litigation filed by Alps Automotic Inc. and Alps Electric

1

(North America), Inc. in the 08 Civ. 9897 action (Docket

Nos. 14-21), is hereby denied as MOOT.

**SO ORDERED.**
**New York, New York**

May **20**, 2009

_____
U.S.D.J.